UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

    Case No 25-42279

Marie Ann Marshall,

    Chapter 13

  Debtor.
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of IMC 97-7 Refi Co. LLC (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Suzanne Youssef, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: May 27, 2025
Westbury, NY

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    900 Merchants Concourse, Suite 310
    Westbury, NY 11590
    Phone: (516) 280-7675
    Fax:    (516) 280-7674

    By: /s/ Suzanne Youssef
    Suzanne Youssef, Esquire

25-314463 - SuY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In Re:

Marie Ann Marshall,

    Debtor.
----------------------------------------------------------------x

Case No 25-42279

Chapter 13

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on May 27, 2025, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MICHAEL R. TREANOR, JR.
160 RIVERSIDE BOULEVARD
STE 5B
NEW YORK, NY  10069

MARIE ANN MARSHALL
51 FABER ST
STATEN ISLAND, NY  10302

MICHAEL J. MACCO
MICHAEL J. MACCO TRUSTEE,2950 EXPRESS DR S,STE 109
ISLANDIA, NY  11749

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN),ALEXANDER HAMILTON CUSTOM HOUSE,ONE BOWLING GREEN,ROOM 510
NEW YORK, NY  10004-1408


Dated: May 27, 2025
Westbury, NY

25-314463 - SuY

25-42279
MOORE, ESTATE OF GEORGE & MARSHALL, MARIE
NOA
Page 2

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax:    (516) 280-7674

By: /s/ Suzanne Youssef
Suzanne Youssef, Esquire